# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

142368

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KERRICK SHAFRAN FARQUHARSON,
     Defendant-Appellant.

SC: 142368
COA: 290765
Genesee CC: 08-023682-FC

_____/

     On order of the Court, the application for leave to appeal the November 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011 _____

_____
Clerk

h1019